Exhibit B



| | |
|---|---|
| **Art Info**<br>*Contact Person: Deborah Schkolne* | Invoice number: 246/2015-16 |
| **Louise Blouin Media**<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 4th March 2016<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of Feb'16 | $15024.00 |
| **SUBTOTAL** | **$15024.00** |
| Tax :- | N/A |
| | **$15024.00**<br>Please pay this amount |



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 251/2016-17 |
|---|---|
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 4th April 2016<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of March'16 | $15024.00 |
| SUBTOTAL | $15024.00 |
| Tax :- | N/A |
|  | $15024.00<br>**Please pay this amount** |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| | |
|---|---|
| **Art Info**<br>*Contact Person: Deborah Schkolne* | **Invoice number: 256/2016-17** |
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 4th May 2016<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of April'16 | $15024.00 |
| SUBTOTAL | $15024.00 |
| Tax :- | N/A |
| | **$15024.00**<br>**Please pay this amount** |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 261/2016-17 |

| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 3rd June 2016<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of May'16 | $15024.00 |
| | **SUBTOTAL** — $15024.00 |
| | Tax :- — N/A |
| | $15024.00<br>**Please pay this amount** |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 270/2016-17 |
|---|---|
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE:   4th  July 2016<br>TERMS: 45 Days<br>REF:      ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1.  Cost of services for the month of June'16 | $15024.00 |
| | **SUBTOTAL**   $15024.00 |
| | **Tax :-**   N/A |
| | $15024.00<br>Please pay this amount |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 275/2016-17 |
|---|---|
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 4th Aug 2016<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of July'16 | $15024.00 |
| SUBTOTAL | $15024.00 |
| Tax :- | N/A |
| | $15024.00<br>**Please pay this amount** |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 285/2016-17 |
|---|---|
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 5th Sep 2016<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of Aug'16 | $13748.00 |
| SUBTOTAL | $13748.00 |
| Tax :- | N/A |
|  | **$13748.00**<br>Please pay this amount |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 291/2016-17 |

| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 3rd Nov 2016<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of Oct'16 | $11603.00 |
| SUBTOTAL | $11603.00 |
| Tax :- | N/A |
| | $11603.00<br>**Please pay this amount** |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 300/2016-17 |
|---|---|
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE:   5th Dec 2016<br>TERMS: 45 Days<br>REF:     ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1.  Cost of services for the month of Nov'16 | $9515.00 |
| SUBTOTAL | $9515.00 |
| Tax :- | N/A |
|  | $9515.00<br>**Please pay this amount** |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Invoice number: 305/2016-17 |
|---|---|
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 5th Jan 2017<br>TERMS: 45 Days<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| 1. Cost of services for the month of Dec'16 | $7072.00 |
| SUBTOTAL | $7072.00 |
| Tax :- | N/A |
|  | $7072.00<br>**Please pay this amount** |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100



| Art Info<br>*Contact Person: Deborah Schkolne* | Credit Note No: 001/2016-17 |
|---|---|
| Louise Blouin Media<br>601 West 26th Street<br>Suite 410<br>New York, NY 10001 | DATE: 19th Aug 2016<br>REF: ARTINFO001 |

| DESCRIPTION | AMOUNT |
|---|---|
| Adjustment in the cost for the service period *Aug2015 to July2016* | $5449.00 |
| SUBTOTAL | $5449.00 |
| Tax :- | N/A |
|  | $5449.00 |

This is a Computer Generated invoice required no signature
Albion Consulting Pvt. Ltd., F-90/12, Okhla Industrial Area, Okhla Phase – I, New Delhi-110020, Tel: 91-11-46527900
CIN No. U74140DL2006PTC150100